# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ERIK MYKLEBOST**                                                                     **PLAINTIFF**

**VS.**            **CASE NO. 2:23-CV-00136 JM/PSH**

**MARTIN O'MALLEY, Commissioner,**
**Social Security Administration**                                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 26th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE