IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ERIK MYKLEBOST**                                                                                          **PLAINTIFF**

**V.**                                          **2:23CV00136 JM**

**MARTIN O'MALLEY,**
**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                                                       **DEFENDANT**

### ORDER

The parties have filed a stipulation to an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (ECF No. 23) in the amount of $7,500.00.

Under the EAJA, a prevailing social security claimant is entitled to an award of reasonable attorney's fees and expenses unless the Commissioner's position in denying benefits was "substantially justified" or special circumstances make an award unjust. 28 U.S.C. § 2412(d)(1)(A). A claimant who wins a sentence-four remand order, such as the one entered in this case (ECF No. 22), is a prevailing party entitled to EAJA fees. *Shalala v. Schaefer*, 509 U.S. 292, 302 (1993).

The Court finds that the Plaintiff is the prevailing party, and the agreed amount of attorney's fees are reasonable.

Accordingly, it is hereby ORDERED,

(1)  that the stipulation to an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (ECF No. 23) is GRANTED;

(2)  Plaintiff's attorney is entitled to an attorney's fee in the amount of $7,500.00 pursuant to the EAJA; and

(3)  That the Commissioner is directed to pay to Plaintiff the amount awarded pursuant to the EAJA.

IT IS SO ORDERED this 15th day of March, 2024.

_____
James M. Moody Jr
United States District Judge